1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   GERARDO DELGADO-GARIBAY
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                              * * * * * *

11  UNITED STATES OF AMERICA,              Case No.: 1:94-CR-05011 LJO

12              Plaintiff,

13          v.                             **DEFENDANT'S REQUEST TO OBTAIN**
                                           **COPY OF PRESENTENCE**
14                                         **INVESTIGATION REPORT;**
                                           **[PROPOSED] ORDER**
15  GERARDO DELGADO-GARIBAY,

16              Defendant.

17  **TO:    THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES**
   **ATTORNEY:**
18

19          Defendant, GERARDO DELGADO-GARIBAY, has retained the services of attorney,

20  Anthony P. Capozzi to review his case regarding a Petition for Relief pursuant to 28 U.S.C. §

21  2255.  Defendant hereby requests that the Court release a copy of his Presentence Investigation

22  Report in the above-captioned case solely to his attorney, Anthony P. Capozzi, for use in

23  conjunction with the preparation of his petition for relief.

24          Per General Order No. 563, the Probation Office and the Clerk's office are authorized to

25  disclose to defense counsel "Presentence Investigation Reports, Statements of Reasons, and

26  Judgments."  The Presentence Investigation Report is not a public document and therefore

27  requires an order from the court to be released.  Defense counsel is in need of the Presentence

28  Investigation Report to properly advise the Defendant regarding his petition for relief.

1   Accordingly, defense counsel requests that this court release a copy of the Presentence

2   Investigation Report solely to this attorney and allow counsel to use the report only in

3   conjunction with the Petition for Relief pursuant to 28 U.S.C. § 2255.

4

5                                        Respectfully submitted,

6   DATED:    January 21, 2020       By:   */s/Anthony P. Capozzi*
                                           ANTHONY P. CAPOZZI
7                                          Attorney for Defendant GERARDO DELGADO-
8                                          GARIBAY

9

10

11

12

13                                     **ORDER**

14

15

16

17  IT IS SO ORDERED.

18      Dated:   **January 21, 2020**              **/s/ Lawrence J. O'Neill** _____
19                                          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28