PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>GERARDO DELGADO-GARIBAY,<br>            Defendant. | CASE NO. 1:94-CR-05011-JLT-5<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.    Defendant GERARDO DELGADO-GARIBAY filed a motion for reduction in sentence and compassionate release. The parties stipulate and request the Court to order the following schedule:

   a.   Defendant's supplemental motion: October 14, 2022

   b.   Government's opposition/response: October 28, 2022

   c.   Defendant's reply: November 4, 2022

**[Remainder of page intentionally left blank.]**

IT IS SO STIPULATED.

PHILLIP A. TALBERT
Acting United States Attorney

Dated: May 19, 2021

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: May 19, 2021

/s/ *Anthony Capozzi*
ANTHONY CAPOZZI
Counsel for Defendant Gerardo Delgado-Garibay

## [PROPOSED] FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

d. Defendant's supplemental motion: October 14, 2022

e. Government's opposition/response: October 28, 2022

f. Defendant's reply: November 4, 2022

IT IS SO ORDERED.

Dated: **August 9, 2022**

UNITED STATES DISTRICT JUDGE