ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
GERARDO DELGADO-GARIBAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:94-CR-05011-JLT-5 |
| Plaintiff, | STIPULATION AND ORDER REGARDING BREIFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE. |
| v. | |
| GERARDO DELGADO-GARIBAY, | |
| Defendant. | |

**STIPULATION**

The Defendant, GERARDO DELGADO-GARIBAY by and through his Attorney, Anthony P. Capozzi stipulate with Assistant United States Attorney, Kimberly Sanchez, to extend the time for which to file Defendant's Motion for Compassionate Release. Said stipulation is based upon the Declaration of Anthony P. Capozzi.

I, ANTHONY P. CAPOZZI, DECLARE UNDER PENALTY OF PERJURY:

1. This attorney has been appointed to represent Mr. Delgado-Garibay in this matter.
2. Additionally, this attorney has been appointed on a potential death penalty case by this Court in Case No.: 1:22-MJ-00099-EPG on or about June 13, 2022. The case is sealed.

3. Since that time, the majority of my time has been putting together a defense team of attorneys, mitigation experts, paralegals, and interpreters to interview the defendant and his family.
4. During the month of September 2022, this attorney was out of the country.
5. Additional time is needed to file the defendant's opening brief since this attorney will be in a murder trial in Tulare Superior Court in People v. Joseph A. Hughes, Case No. VCF358027 from October 25, 2022, for three weeks with another jury trial scheduled in People v. Terry Simpkins, Case No. F19908312 on December 1, 2022, in the Fresno Superior Court for two weeks.
6. As a result, the parties stipulate that attorney for Gerardo Delgado-Garibay needs additional time to file an opening Brief and request that the Court order the following schedule:

    a. Defendant's supplemental motion: December 20, 2022
    b. Governments opposition/response: January 6, 2023
    c. Defendant's reply:   January 20, 2023

IT IS SO STIPULATED.

Dated:  October 13, 2022,          */s/ Anthony P. Capozzi*_____
                                                 ANTHONY P. CAPOZZI, Attorney for
                                                 Gerardo Delgado-Garibay

                                                 PHILLIP A. TALBERT
                                                 Acting United States Attorney

Dated:  October 13, 2022,          */s/ Kimberly A. Sanchez*_____
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant United States Attorney

# FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    d. Defendant's supplemental motion: December 20, 2022

    e. Government's opposition/response: January 6, 2023

    f. Defendant's reply: January 20, 2023

IT IS SO ORDERED.

Dated: __October 17, 2022__                                   /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE