PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:94-CR-05011-JLT |
| Plaintiff, | STIPULATION AND ORDER REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELASE |
| v. | |
| GERARDO DELGADO-GARIBAY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on September 14, 2021. ECF 681. On September 21, 2021, the Court referred Defendant's motion to the Federal Defender's Office for supplement or notice of non-supplement. ECF 684. On December 20, 2022, though appointed counsel, the Defendant filed his amended motion for compassionate release. ECF 691. The Government's response is currently due January 6, 2023. ECF 690.

2. Counsel for the government requests additional time to review relevant records from the Bureau of Prisons and finish drafting the government's response to the defendant's motion. Counsel for the defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

     a)     The government's response to the defendant's motion to be filed on or before January 11, 2023;

     b)     The defendant's optional reply to the government's response to be filed on or before January 25, 2023.

IT IS SO STIPULATED.

Dated:  January 6, 2023

PHILLIP A. TALBERT  
United States Attorney

/s/ *Kimberly A. Sanchez*  
KIMBERLY A. SANCHEZ  
Assistant United States Attorney

Dated: January 6, 2023

/s/ *Anthony P. Capozzi*  
ANTHONY P. CAPOZZI  
Attorney for Defendant  
GERARDO DELGADO-GARIBAY

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

     a)     The government's response to the defendant's motion, (Doc. 691), is now due on or before January 11, 2023;

     b)     The defendant's reply to the government's response, if any, is due on January 25, 2023.

IT IS SO ORDERED.

Dated:  **January 6, 2023**

UNITED STATES DISTRICT JUDGE