ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:	(559) 221-0200
Facsimile:	(559) 221-7997
E-Mail:	Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
GERARDO DELGADO-GARIBAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:94-CR-05011-JLT-5 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **REGARDING SCHEDULE FOR** |
| v. ) | **DEFENDANT'S MOTION FOR** |
| ) | **COMPASSIONATE RELEASE**. |
| GERARDO DELGADO-GARIBAY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

The Defendant, GERARDO DELGADO-GARIBAY by and through his Attorney, Anthony P. Capozzi stipulate with Assistant United States Attorney, Kimberly Sanchez as follows:

1. The defendant filed a motion for compassionate release on September 14, 2021. ECF 681. On September 21, 2021, the Court referred Defendant's motion to the Federal Defender's Office for supplement or notice of non-supplement. ECF 684. On December 20, 2022, through appointed counsel, the Defendant filed his amended motion for compassionate release. ECF 691. The Government's response was due January 6, 2023. ECF 690. However, by stipulation the response date was extended to January 11, 2023, and filed on January 11, 2023. ECF 694, 695.

2. Counsel for the Defendant requests additional time to review relevant records from the Bureau of Prisons and finish drafting the Defendant's reply to the Government's response. Counsel for the Government does not oppose the Defendant's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the date for the filing of Defendant's reply brief to February 10, 2023.

IT IS SO STIPULATED.

Dated: January 25, 2023,  	 */s/ Anthony P. Capozzi*  
ANTHONY P. CAPOZZI, Attorney for Gerardo Delgado-Garibay

PHILLIP A. TALBERT  
Acting United States Attorney

Dated:  January 25, 2023,  	 */s/ Kimberly A. Sanchez*  
KIMBERLY A. SANCHEZ  
Assistant United States Attorney

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

The defendant's reply to the government's response is due February 10, 2023.

IT IS SO ORDERED.

Dated:   **January 26, 2023**  	 _____  
UNITED STATES DISTRICT JUDGE